UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICOLE BERARDI                JURY TRIAL DEMANDED

v.                                  CASE NO. 3:10 CV

REDLINE RECOVERY SERVICES, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. In and before October, 2010, Defendant left collection communications on an answering machine, whose greeting clearly says, "You have reached Eric & Nici."

7. One such message, heard by Eric and a friend, was for plaintiff, referred to "your debt" and offered the possibility of a "substantial discount on your debt" if plaintiff would call back 866-399-7209.

8. The communications also reached plaintiff, and defendant expressly assumed that they had, but defendant did not send the notices required by §1692g.

FIRST COUNT

    9. In the collection efforts, defendant violated the FDCPA, § 1692c, -d, -e, or -g.

SECOND COUNT

    10. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

    11. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

                THE PLAINTIFF

                BY____/s/ Joanne S. Faulkner___
                      JOANNE S. FAULKNER ct04137
                      123 Avon Street
                      New Haven, CT 06511-2422
                      (203) 772-0395
                      faulknerlawoffice@snet.net