UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE BERARDI, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| vs. | : | 3:10-cv-01947-RNC |
| | : | |
| REDLINE RECOVERY SERVICES, LLC, | : | |
| | : | April 15, 2011 |
| Defendant. | : | |
| | : | |

## NOTICE OF SETTLEMENT

The defendant in the above-captioned action hereby advises the Court that plaintiff and defendant have reached a settlement of the above-captioned case and that counsel are in the process of preparing the papers reflecting the settlement. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and requests that all pending deadlines, motions and pleadings be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations or notices, as the case may be.

DEFENDANT
REDLINE RECOVERY SERVICES, LLC


By: _____/s/_____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
Email: jelliot@znclaw.com

Its Attorney

CERTIFICATION

I hereby certify that on April 15, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Jonathan D. Elliot