```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

NICOLE BERARDI,                  :
                                 :
    Plaintiff,                  :
                                 :
V.                               :   CASE NO. 10CV1947 (RNC)
                                 :
REDLINE RECOVERY SERVICES, LLC,  :
                                 :
    Defendant.                  :

## ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before May 16, 2011.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before May 16, 2011.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this 18th day of April 2011.

                                            /s/ RNC
                                      Robert N. Chatigny
                              United States District Judge